**Edwin A. Harnden,** OSB No. 72112
eharnden@barran.com
**Richard C. Hunt,** OSB No. 68077
rhunt@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon  97204-3159
Telephone:  (503) 228-0500
Facsimile:  (503) 274-1212
  Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WELLS FARGO BANK, N.A.,** a South Dakota Corporation, | **CV. 11-399 JE** |
| Plaintiff, | **DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER PERMITTING DESIGNATION OF CONFIDENTIAL MATERIAL AND CONFIDENTIAL MATERIAL FOR ATTORNEYS' EYES ONLY** |
| v. | |
| **MICHAEL S. TINNEY, LUCAS M. NEWMAN, TYLER J. CHURCH,** and **RYAN R. JONES,** | |
| Defendants. | **(Expedited Consideration Requested)** |

CERTIFICATION

Pursuant to Local Rule 7.1, defendants state that they have made a good faith effort through telephone conferences and multiple written communications to resolve the issues presented but have been unsuccessful in resolving those issues.

Page 1 - DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER PERMITTING DESIGNATION OF CONFIDENTIAL MATERIAL AND CONFIDENTIAL MATERIAL FOR ATTORNEYS' EYES ONLY

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

## MOTION

Pursuant to Federal Rule of Civil Procedure 26, defendants move the court for a protective order permitting the designation of confidential material and confidential material for attorneys' eyes only.  A copy of Defendants' Proposed Protective Order is attached to the Declaration of Richard C. Hunt as Exhibit 4.

Defendants' Proposed Protective Order is proper, necessary, and affords either party safeguards and an opportunity for review of designations.

Defendants further request that the Court hear defendants' motion on an expedited basis. Depositions are currently scheduled to begin on October 24, 2011 and continue throughout the duration of the week until October 28, 2011.  In order that all parties have an opportunity to review documents in response to various requests for production, defendants respectfully request that the Court hear defendants' motion on an expedited basis so that the parties will be able to review documents the week of October 17-21, 2011 in order to prepare for depositions the following week (October 24-28, 2011).

Defendants' counsel understands that plaintiff's counsel should have an opportunity to file a responsive brief to defendants' emergency motion, but request that that briefing be completed in advance of October 17, 2011 in order that the Court may make a ruling on this motion.

In support of defendants' motion, defendants rely upon the supporting memorandum and Declaration of Richard C. Hunt filed herewith.

DATED this 30th day of September 2011.

BARRAN LIEBMAN LLP


By /s Richard C. Hunt
Richard C. Hunt, OSB No. 68077
Edwin A. Harnden, OSB No. 72112
  Telephone: (503) 228-0500
  Attorneys for Defendants

Page 2 - DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER PERMITTING DESIGNATION OF CONFIDENTIAL MATERIAL AND CONFIDENTIAL MATERIAL FOR ATTORNEYS' EYES ONLY

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September 2011, I served the foregoing **DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER PERMITTING DESIGNATION OF CONFIDENTIAL MATERIAL AND CONFIDENTIAL MATERIAL FOR ATTORNEYS' EYES ONLY** on the following parties:

> Lawrence R. Cock
> Cable, Langenbach, Kinerk & Bauer, LLP
> 1000 Second Avenue, Suite 3500
> Seattle, WA  98104-1048

by causing the same to be:    ☑ emailed    ☑ mailed    ☐ hand delivered    ☐ faxed

to him a true and correct copy thereof.

s/ Richard C. Hunt
_____
Richard C. Hunt

CERTIFICATE OF SERVICE

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212