UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., a South Dakota Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL S. TINNEY, LUCAS M. NEWMAN, RYAN R. JONES, and TYLER J. CHURCH,<br><br>    Defendants. | Case No. 3:11-CV-399-BR<br><br>ORDER ON PRELIMINARY INJUNCTION PROCEEDINGS |

This matter came on for hearing on Plaintiff's Motion for a Preliminary Injunction against Michael S. Tinney ("Tinney"), Lucas M. Newman ("Newman"), Ryan R. Jones ("Jones"), and Tyler J. Church ("Church") (Document 22, filed 6/23/2011). The Court heard argument on this matter on September 8, 2011, September 19, 2011, October 4, 2011, and October 13, 2011 and made rulings on September 19, 2011, October 4, 2011, and October 13, 2011. The Court incorporates the findings and conclusions it made on the record at the September 19, 2011, October 4, 2011, and October 13, 2011 hearings as the reasons for its orders herein.

ORDER ON PRELIMINARY INJUNCTION
PROCEEDINGS - 1

IT IS HEREBY ORDERED THAT

Plaintiff's Motion for Preliminary Injunction as to Tinney is denied.

Plaintiff's Motion for Preliminary Injunction as to Newman, Jones, and Church is granted. Newman, Jones, and Church are ordered to abide by the terms of their agreements with plaintiff and are enjoined from soliciting clients of Wells Fargo in violation of those agreements.

This injunction will expire on January 26, 2012 or upon further court order, whichever is earlier.

Defendants Newman, Church, and/or Jones are permitted to continue servicing former Wells Fargo Bank, N.A. clients who have already transferred their accounts to First Republic Bank.

Plaintiff shall post an injunction bond in the amount of $25,000.00 (twenty-five thousand dollars).

ORDERED this 9th day of November, 2011.

_____
The Honorable Anna J. Brown