Lawrence R. Cock, OSB No. 102524
CABLE, LANGENBACH, KINERK & BAUER, LLP
1000 Second Avenue, Suite 3500
Seattle WA 98104-1048
LRC@cablelang.com
(206) 292-8800 phone
(206) 292-0494 facsimile
  Attorneys for Plaintiff

Edwin A. Harnden, OSB No. 72112
eharnden@barran.com
Richard C. Hunt, OSB No. 68077
rhunt@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile: (503) 274-1212
  Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., a South Dakota Corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL S. TINNEY, LUCAS M. NEWMAN, TYLER J. CHURCH, and RYAN R. JONES,<br><br>             Defendants. | CV. 11-399 BR<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Based upon the stipulation of the parties, and it appearing that all claims of plaintiff against defendants and all claims or counterclaims of defendants against plaintiff have been fully compromised and settled,

Page 1 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice and without costs or attorneys' fees to any party.

DATED this 21st day of December, 2011.

_____
Judge Anna J. Brown

IT IS SO STIPULATED:

| BARRAN LIEBMAN LLP | CABLE, LANGENBACH, KINERK & BAUER, LLP |
|---|---|
| s/Richard C. Hunt | s/Lawrence R. Cock |
| Richard C. Hunt, OSB No. 68077 | Lawrence R. Cock, OSB No. 102524 |
| Edwin A. Harnden, OSB No. 72112 | Telephone: (206) 292-8800 |
| Telephone: (206) 292-8800 | Attorneys for Plaintiff |
| Attorneys for Defendants | |

Page 2 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE